**The People of the State of Illinois, Plaintiff-Appellee, v. John Allen Curry, Defendant-Appellant.**

**Gen. No. 68–80.**

Third District.

March 27, 1969.

John Allen Curry, pro se, of Joliet, and Vilas Rice, of Carthage, for appellant; Max Stewart, State's Attorney of Hancock County, of Carthage, for appellee. Opinion by JUSTICE RYAN. Not to be published in full.